IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00040-BNB

DR. KAMAL K.K. ROY,

    Plaintiff,

v.

[NO DEFENDANT NAMED],

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 15 2008

GREGORY C. LANGHAM
                    CLERK

ORDER OF DISMISSAL

Plaintiff initiated this action by filing *pro se* a Complaint and an Application to Proceed Without Prepayment of Fees and Affidavit. In an order filed on January 8, 2008, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Plaintiff to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Plaintiff to file the Complaint and the motion seeking leave to proceed *in forma pauperis* on the proper forms. Plaintiff was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Plaintiff has failed to cure the deficiencies within the time allowed and he has failed to respond in any way to Magistrate Judge Boland's January 8 order. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for failure to cure the deficiencies. It is

FURTHER ORDERED that the Application to Proceed Without Prepayment of Fees and Affidavit is denied as moot.

DATED at Denver, Colorado, this 14 day of February, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00040-BNB

Rev. Dr. Kamal Roy
PO Box 1173
New York, NY 12983

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 2/15/08

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk